IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30867
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CORNELIUS CASTON,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 93-CR-029 M
- - - - - - - - - - -
June 17, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Cornelius Caston appeals from the sentence imposed by the district court upon revocation of his term of supervised release. He argues that the district court clearly erred by finding that his conduct amounted to a Class A violation of his supervised release. We have reviewed the record and the briefs of the parties, and we find that the district court did not clearly err by finding that Caston committed a Class A violation. See United States v. Alaniz-Alaniz, 38 F.3d 788, 790 (5th Cir. 1994).

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.